08CRIM 090

<u>REQUEST FOR COURT ACTION / DIRECTION</u>

| | | |
|---|---|---|
| TO: | <u>Miscellaneous Clerk</u><br>U.S. District Judge | OFFENSE: <u>CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE BASE AND COCAINE, IN VIOLATION OF 21 U.S.C. 846</u> |
| | | ORIGINAL SENTENCE: <u>TWO HUNDRED SIXTEEN MONTHS IMPRISONMENT FOLLOWED BY FIVE YEARS SUPERVISED RELEASE.</u> |
| FROM: | <u>Elizabeth Ward-Cuprill</u><br>U.S. Probation Officer | SPEC. CONDITIONS:  <u>THE DEFENDANT SHALL NOT INCUR NEW CREDIT CARD CHARGES OR OPEN ADDITIONAL LINES OF CREDIT WITHOUT THE APPROVAL OF THE PROBATION OFFICER.  THE DEFENDANT SHALL PROVIDE THE PROBATION OFFICER WITH ACCESS TO REQUESTED FINANCIAL INFORMATION.  THE DEFENDANT SHALL REFRAIN FROM ANY UNLAWFUL USE A CONTROLLED SUBSTANCE AND ABUSE OF ALCOHOL AND SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DIRECTED BY THE PROBATION OFFICER. IF THE DEFENDANT TESTS POSITIVE FOR SUBSTANCE ABUSE OR ALCOHOL ABUSE ANYTIME, SHE WILL BE REQUIRED TO ATTEND A RESIDENTIAL TREATMENT PROGRAM, WITH COST TO BE PAID BY THE DEFENDANT, ALL AS DIRECTED BY THE PROBATION OFFICER.</u> |
| | | AUSA:  <u>Laura P. Tayman</u> |
| RE: | <u>Starlene Romain Patterson</u><br>Docket # <u>99 CR 0116-007</u> | |

DATE OF SENTENCE:  <u>December 9, 1999</u>

DATE:  January 29, 2008

ATTACHMENTS:  PSI <u>X</u>   JUDGMENT <u>X</u>   PREVIOUS REPORTS

REQUEST FOR:    WARRANT____    SUMMON ____    COURT DIRECTION  X

---

**TRANSFER OF JURISDICTION**

On December 9, 1999, the above-named individual was sentenced in the Eastern District of Virginia as outlined above.

Patterson resides in the Southern District of New York and is being supervised by the undersigned U.S. Probation Officer.

On September 29, 2007, we received a letter from the Eastern District of Virginia advising that the Honorable Henry Coke Morgan Jr., U.S. District Court Judge for the Eastern District of Virginia, signed the Transfer of Jurisdiction Order (Probation Form 22) ordering the jurisdiction to be transferred to the Southern District of New York.

Attached is Probation Form 22 for the Part I Judge to sign so that the Clerk of Court may assign this case to a District Judge in the Southern District of New York.

Your assistance in this matter is greatly appreciated. Should you have any question, please feel free to contact the undersigned officer at (212) 805-5069.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *[signature]*
Elizabeth Ward-Cuprill
U.S. Probation Officer
212-805-5069

Approved By: *[signature]*